UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREG and LAUREN BLAKE,<br><br>  Plaintiffs,<br><br>  v.<br><br>FARMERS GROUP PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign insurer,<br><br>  Defendant. | Case No. 3:25-cv-05024-TMC<br><br>**ORDER TO REMAND CASE** |

**ORDER**

This Matter came before the Court on Plaintiff's and Defendant's Stipulated Motion to Remand Case (the "Stipulated Motion"). Dkt. 13. The Court ORDERS:

1. The Stipulated Motion is **GRANTED.**

2. The above-captioned case is **REMANDED** to the Washington State Superior Court for Thurston County (the "Thurston County Superior Court"), where it had previously been docketed as Case No. 24-2-04183-34. The Thurston County Superior Court may proceed with the case.

3. The Clerk of this Court shall mail a certified copy of this Order to the clerk of the Thurston County Superior Court.

4. Neither party is awarded fees or costs on account of this remand.

5. The Clerk is directed to close this case.

ORDER TO REMAND - 1

1     **IT IS SO ORDERED.**

                                        Tiffany M. Cartwright
                                        United States District Judge

ORDER TO REMAND - 2